FILED
Clerk
District Court

JAN 11 2021

for the Northern Mariana Islands
By
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

IN RE: SEALED CASES

**UNDER SEAL**

Case No. 19-MC-00001

ORDER

FOR CAUSE SHOWN by the United States (Response, April 11, 2019, ECF No. 7), the following sixty-three cases are hereby unsealed after the filing of the redacted documents listed below. The Clerk or her designee is ordered to file a copy of this order in each case listed and unseal the record.

| | Case Number | Documents to be Partially Redacted |
|---|---|---|
| 1. | 1:11-mc-00025 | 1 |
| 2. | 1:12-cr-00003-1 | 3 |
| 3. | 1:12-cr-00013-1 | 4, 8 |
| 4. | 1:12-mc-00009 | 1, 2, 2-1 |
| 5. | 1:12-mc-00022 | 3 |
| 6. | 1:12-mc-00027 | 1, 2 |
| 7. | 1:12-mc-00028 | 1, 2 |
| 8. | 1:12-mc-00029 | 1, 2 |
| 9. | 1:12-mc-00033 | 1 |
| 10. | 1:12-mc-00034 | 1 |
| 11. | 1:13-cr-00015-1 | 3 |
| 12. | 1:13-mc-00009 | 1 |
| 13. | 1:13-mc-00012 | 1, 2 |
| 14. | 1:13-mc-00013 | 1, 2 |
| 15. | 1:13-mc-00014 | 1, 2, 3, 4 |
| 16. | 1:13-mc-00015 | 1, 2, 3, 4 |
| 17. | 1:13-mc-00016 | 3 |
| 18. | 1:13-mc-00017 | 3 |

| 19. | 1:13-mc-00018 | 3 |
|---|---|---|
| 20. | 1:13-mc-00042 | 1, 2 |
| 21. | 1:13-mc-00047 | 3-1, 4 |
| 22. | 1:13-mc-00054 | 1, 1-1, 2 |
| 23. | 1:13-mc-00056 | 1, 2, 3, 4 |
| 24. | 1:13-mc-00057 | 1, 2, 3, 4 |
| 25. | 1:13-mc-00059 | 1, 2, 3, 4 |
| 26. | 1:13-mc-00060 | 1, 2 |
| 27. | 1:13-mc-00062 | 1, 2, 3, 4 |
| 28. | 1:13-mc-00069 | 1 |
| 29. | 1:13-mc-00070 | 1 |
| 30. | 1:14-mc-00007 | 1, 2, 3, 4 |
| 31. | 1:14-mc-00008 | 1, 2, 3, 4 |
| 32. | 1:14-mc-00015 | 1 |
| 33. | 1:14-mc-00036 | 1, 1-1, 1-2, 2 |
| 34. | 1:15-cr-00010-1 | 3-1 |
| 35. | 1:15-mc-00005 | 1, 2 |
| 36. | 1:15-mc-00007 | 1, 2 |
| 37. | 1:15-mc-00008 | 1, 3 |
| 38. | 1:15-mc-00011 | 1, 2, 3, 4, 5, 6 |
| 39. | 1:15-mc-00024 | 1, 2 |
| 40. | 1:15-mc-00025 | 1 |
| 41. | 1:15-mc-00026 | 1 |
| 42. | 1:15-mc-00033 | 1, 2 |
| 43. | 1:15-mc-00035 | 1, 2 |
| 44. | 1:15-mc-00036 | 1, 2 |
| 45. | 1:15-mc-00037 | 1 |
| 46. | 1:15-mc-00040 | 1 |
| 47. | 1:16-cr-00017-1 | 2 |
| 48. | 1:16-mc-00003 | 1, 2, 3, 5, 6 |
| 49. | 1:16-mc-00006 | 1, 2 |
| 50. | 1:16-mc-00008 | 1, 1-2 |
| 51. | 1:16-mc-00014 | 1, 2 |
| 52. | 1:16-mc-00020 | 1 |
| 53. | 1:16-mc-00023 | 1 |
| 54. | 1:16-mc-00039 | 1, 2 |
| 55. | 1:16-mc-00040 | 1 |
| 56. | 1:17-mc-00001 | 2 |
| 57. | 1:17-mc-00002 | 2 |
| 58. | 1:17-mc-00010 | 1 |
| 59. | 1:17-mc-00012 | 1, 2 |
| 60. | 1:17-mc-00014 | 1, 2 |

| 61. | 1:17-mc-00018 | 1, 2 |
| 62. | 1:17-mc-00022 | 1 |
| 63. | 1:17-mc-00023 | 1 |

The following 14 cases shall remain under seal until further order of the Court:

1. 1:15-mc-00016
2. 1:15-mc-00029
3. 1:16-mc-00001
4. 1:16-mc-00015
5. 1:16-mc-00022
6. 1:16-mc-00029
7. 1:16-mc-00033
8. 1:16-mc-00036
9. 1:16-mc-00037
10. 1:17-cr-00004-1
11. 1:17-cr-00012-1
12. 1:17-cr-00013-1
13. 1:17-mc-00021
14. 1:17-mc-00030

SO ORDERED this 11th day of January, 2021.

/s/ Ramona V. Manglona
HONORABLE RAMONA V. MANGLONA
Chief Judge

3